IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL LIFE INSURANCE          )
COMPANY,                          )
                                  )
                Plaintiff,        )
                                  )
        v.                        )            1:20CV681
                                  )
GREG E. LINDBERG,                 )
                                  )
                Defendant(s).     )

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered and Defendant Lindberg shall pay to Plaintiff the amount of $524,009,051.26 plus any applicable interest, as reflected in the Final Judgment of the United States District Court for the Southern District of New York against PBLA, personally guaranteed by Defendant Lindberg in the Guaranty Agreement.

IT IS FURTHER ORDERED and ADJUDGED that this action is DISMISSED.

This, the 3rd day of May 2022.

                                  /s/Loretta C. Biggs
                                  United States District Judge