# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL LIFE INSURANCE
COMPANY,                                    )
                                            )
                    Plaintiff,              )
                                            )
        v.                                  )              1:20CV681
                                            )
GREG E. LINDBERG,                           )
                                            )
                    Defendant.              )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 21, 2023, was served on the parties in this action. (ECF Nos. 251, 252.) Defendant/Counter-Plaintiff filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 255), to which Plaintiff responded, (*see* ECF No. 259).

The Court has appropriately reviewed the Magistrate Judge's Recommendation, Defendant/Counter-Plaintiff filed objections and Plaintiff's Response. The Court has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Court set a supersedeas bond under Federal Rule of Civil Procedure 62(b) of:

1.   $524 million, which approximately reflects the Judgment amount plus $25 million to secure at least part of the interest, but with credit for $25 million paid under the Side Agreement;

or alternatively at Defendant's election:

2.     $225 million, which approximately reflects the Judgment amount plus $25 million to secure at least part of the interest, but with an equitable reduction in light of the payments by PBLA and securities transferred pursuant to the Side Agreement, but this option would require that Defendant stipulate in this Court that he will remain in compliance with the Wake County TRO, the Durham County injunction dated October 25, 2022, and Charging Order dated November 16, 2022, and in compliance with the terms of the Side Agreement, including the requirement that Defendant complete the transfer of the AAPC preferred shares valued at $230 million;

to be posted within 14 days of the District Judge's Order on this Recommendation, and if posted will stay the execution of the Judgment under Rule 62(b).

This, the 25th day of October 2023.

/s/ Loretta C. Biggs
United States District Judge